EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* PEDRO RODRÍGUEZ TRINIDAD, acusado y apelante.

No. 2575.—*Resuelto:* Noviembre 6, 1925.

DERECHO PENAL—APELACIÓN Y ERROR Y CERTIORARI—RÉCORD Y PROCEDIMIENTOS QUE NO ESTÁN EN RÉCORD—TRANSCRIPCIÓN DE LA EVIDENCIA.—De acuerdo con el artículo 356 del Código de Enjuiciamiento Criminal el secretario de la corte sentenciadora no está obligado a elevar la prueba a menos que se hiciera formar parte del legajo de la sentencia por alguno de los medios reconocidos por la ley y la jurisprudencia, y de conformidad con dicho artículo tal como quedó enmendado por ley de 1925 (p. 109) para que el apelante tenga derecho a que se transcriba por el taquígrafo las pruebas, deberá solicitarlo dentro de diez días después de archivada su apelación, o de la prórroga que se le concediere legalmente.

MOCIÓN solicitando prórroga para radicar el récord taquigráfico en apelación. *Sin lugar.*

*Rafael Sancho Bonet* y *Benigno T. Pacheco,* abogados del apelante;
   *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del
   tribunal.

El 3 de septiembre del actual se presentó en este caso
una moción "solicitando prórroga para radicar el récord ta-
quigráfico." El 9 volvió a archivarse otra moción entera-
mente igual. Como motivo se alega que el primer abogado
del acusado renunció su representación y al hacerse cargo
de la defensa el segundo se dió cuenta de que el "récord ta-
quigráfico" no había sido incluído en la transcripción archi-
vada en la Secretaría de esta corte.

La transcripción archivada consta de copias de la acusa-
ción, de las instrucciones al jurado, del fallo y la sentencia
y del escrito de apelación, y fué certificada por el Secreta-
rio de la corte sentenciadora el 18 de junio de 1925.

En tal fecha aún no estaba en vigor la ley No. 4 de 1925
enmendatoria del artículo 356 del Código de Enjuiciamiento
Criminal. El Secretario de la Corte de Distrito no tenía el
deber de enviar relación del caso alguna o pliego de excep-
ciones, a menos que tales documentos formaran parte de los
autos. El sistema de las transcripciones taquigráficas sólo
se aplicaba entonces a los procedimientos civiles. Además,
aun cuando fuera aplicable la dicha ley No. 4 de 1925, ha-
bría que concluir que el apelante no ejercitó en tiempo su
derecho. La transcripción debe solicitarse dentro de los diez
días de archivada la apelación. Leyes de 1925, página 111.

*No cabe, pues, conceder la prórroga que se solicita.*

El Juez Asociado Sr. Wolf no tomó parte en la resolu-
ción de este caso.